MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> HERMILO PALMERIN ZAMUDIO, ) <br>   a/k/a Hermilo Zamudio Palmerin, ) <br> ) <br>     Defendant. ) <br> _____ ) | No.. CR12-0532 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER ADVANCING THE HEARING DATE ON THE DEFENDANT'S MOTION TO RECONSIDER** |

The parties in this case are currently scheduled to appear before the Court on December 18, 2012 for a hearing on the defendant's motion to reconsider the Court's order denying his motion to dismiss the indictment (defendant's motion).  The matter is further scheduled for trial on January 7, 2013, with pretrial filings due on December 17, 2012.  The parties have agreed that a decision on the defendant's motion is necessary to meaningfully discuss a resolution in this matter prior to filing pretrial motions.

///

///

///

STIPULATION & [PROPOSED] ORDER
CR 12-0532 WHA

1  Accordingly, the parties jointly request that the Court advance the hearing for the defendant's
2  motion currently set for December 18, 2012, to December 14, 2012, at 9:00 a.m.

                                    SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney


DATED: December 12, 2012            _____/s/_____
                                    J. MARK KANG
                                    Special Assistant United States Attorney


DATED: December 12, 2012            _____/s/_____
                                    BRENDAN HICKEY
                                    Attorney for HERMILO PALMERIN ZAMUDIO

STIPULATION & [PROPOSED] ORDER
CR 12-0532 WHA

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

2  For the reasons stated above, the hearing date for the defendant's motion shall be
3  advanced from December 18, 2012 to December 14, 2012 at 9:00 a.m. 8:00 a.m.

5  IT IS SO ORDERED.

8  DATED: December 12, 2012.
9  _____
   THE HON. WILLIAM ALSUP
   United States District Judge



STIPULATION & [PROPOSED] ORDER
CR 12-0532 WHA