IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

HERMILO PALMERIN ZAMUDIO,
  a/k/a Hermilo Zamudio Palmerin,

    Defendant.
                         /

No. CR 12-0532 WHA

**FINAL PRETRIAL ORDER**

    **FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following final pretrial order:

    1.    This case shall go to a **JURY TRIAL** on **JANUARY 7, 2013**, at **7:30 A.M.**, and shall continue until completed anon the schedule discussed at the conference. The issues to be tried shall be those set forth in the joint proposed pretrial order except to the extent modified by order *in limine*. Only the issues expressly identified for trial remain in the case.

    2.    Rulings on the motions *in limine* have been filed as Docket Number 49.

    3.    The stipulations of facts set forth in Docket Number 48 are approved and binding on all parties.

    4.    A jury of **12 PERSONS** shall be used.

    5.    The parties shall follow the Court's current *Guidelines for Trial and Final Pretrial Conference*, separately provided and available on the Internet at http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

**IT IS SO ORDERED.**

Dated: January 4, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE