IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HERMILO PALMERIN ZAMUDIO,<br>  a/k/a Hermilo Zamudio Palmerin,<br><br>        Defendant.<br>_____/ | No. CR 12-0532 WHA<br><br><br><br>**FINAL PRETRIAL ORDER** |

**FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following final pretrial order:

      1.      This case shall go to a **JURY TRIAL** on **MARCH 11, 2013**, at **7:30 A.M.**, and shall continue until completed on the following schedule:

      On March 11, trial is scheduled for **7:30 A.M. THROUGH 4:00 P.M.** The parties should be prepared to select a jury, present opening arguments, and put on as many witnesses as time permits.

      On March 12, trial is scheduled for **7:30 A.M. THROUGH 1:00 P.M.**

      On March 13, trial is scheduled for **7:30 A.M. THROUGH 12:45 P.M.**

      We will resume on March 18 if necessary. If Attorney Mark Kang is no longer available to represent the government, co-counsel Attorney Kimberly Hopkins can continue in his stead.

      2.      The issues to be tried shall be those set forth in the joint proposed pretrial order except to the extent modified by order *in limine*. Only the issues expressly identified for trial remain in the case.

     3.     Rulings on the motions *in limine* have been filed as Docket Number 87.

     4.     A jury of **12 PERSONS** shall be used.

     5.     The parties shall follow the Court's current *Guidelines for Trial and Final Pretrial Conference*, separately provided and available on the Internet at http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

**IT IS SO ORDERED.**

Dated: March 6, 2013.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE